**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1822**

———————

TONY GIVENS,

> Plaintiff - Appellant,

versus

STATE OF WEST VIRGINIA,

> Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (CA-00-96-1)

———————

Submitted: August 22, 2000      Decided: September 14, 2000

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tony Givens, Appellant Pro Se. William S. Steele, Deputy Attorney General, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Givens appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, deny Givens' motion to expedite the appeal as moot, and deny his motion for an injunction as moot. <u>See</u> <u>Givens v. West Virginia</u>, No. CA-00-96-1 (N.D.W. Va. June 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>